# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eman Zaeri, | Case No. 2:25-cv-02219-CDS-NJK |
| Petitioner | **Service Order** |
| v. | |
| Kristi Noem, et al., | [ECF No. 1] |
| Respondents | |

Petitioner Eman Zaeri, an immigration detainee, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241, seeking, *inter alia*, his immediate release from ICE custody. ECF No. 1. I direct that the petition be served on the respondents.

It is therefore ordered that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1) and this order to the United States Attorney's Office for the District of Nevada, at Sigal.Chattah@usdoj.gov, Summer.Johnson@usdoj.gov, Veronica.Criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528;

    b) Pam Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530;

    c) Todd M. Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536;

    d) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096;

    e) Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement, 500 12th Street, SW, Washington, DC 20536; and

    f) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the U.S. Marshal must **SERVE** a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for the respondents file a notice of appearance by November 24, 2025, and file and serve their response to the petition by December 1, 2025.

It is further ordered that Zaeri has 14 days following the filing of the response to the petition to file a reply.

Dated: November 17, 2025

_____
Cristina D. Silva
United States District Judge